AUSA:   Rahya Elzein     Telephone:  (313) 226-0213
Task Force Officer:   Jaclyn Kocis-Maniaci, ATF   Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Kenneth Thirkield

Case: 2:25−mj−30654
Assigned To : Unassigned
Assign. Date : 10/22/2025
Description: CMP USA v Thirkield
(SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 30, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jaclyn Kocis-Maniaci, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ October 22, 2025 ___

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jaclyn Kocis-Maniaci, being duly sworn, depose and state the following:

### INTRODUCTION

1.      I am a Task Force Officer (TFO) with the Detroit Police Department and Bureau of Alcohol, Tobacco, and Firearms (ATF). I have been employed with the Detroit Police Department for more than 22 years and have been a TFO since 2017. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      The ATF is currently conducting a criminal investigation concerning Kenneth THIRKIELD, for violating 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

**PROBABLE CAUSE**

4.      On September 30, 2025, Detroit Police Department (DPD) officers were dispatched to a residence on Kelly Rd., Detroit Michigan, for an unknown problem.

5.      As the officers arrived, they could hear a verbal argument taking place inside that residence. When the officers approached the front door of the location, the victim, an adult woman hereinafter referred to as "Victim," opened the front door and advised the officers that THIRKIELD was inside of the house and that he had a firearm. Victim also stated that THIRKIELD was going out the back door. Victim is a real person whose identity I know.

6.      As the officers positioned themselves near the rear of the location, THIRKIELD fled on foot out of the front door.  DPD officers chased THIRKIELD and eventually found him hiding in a bush in a nearby alleyway.

7.      Victim pointed out to officers the location of the rifle on the ground next to the back door of the Kelly residence.  Victim also stated the following to the officers. THIRKIELD was at the location threatening to kill her while putting multiple large holes in multiple walls and breaking a window, all while searching

2

for the rifle in the house.  THIRKIELD threw a cat tree and metal folding chair at Victim.  THIRKIELD was able to find the rifle in her back bedroom and after he found it, he continued to issue death threats toward Victim.  Victim showed officers her purse, which THIRKIELD had filled with dog feces.

8.      An officer saw multiple bruises and scratch marks on Victim's arms, but Victim refused medical attention at the scene.

9.      I reviewed records related to THIRKIELD's criminal history and learned that in 2006, THIRKIELD pled guilty to felony attempt-felony weapons-carrying concealed. In 2018, THIRKIELD pled guilty to felony; police officer-assaulting/resisting/obstructing and felony weapons felony firearm.

10.      THIRKIELD signed the CSJ-290 form from the Michigan Department of Correction. The CSJ-290 form is a formal notice that you are subject to uphold federal statutes and Michigan parole conditions. Additionally, THIRKFILED was sentenced to two years' imprisonment for his 2018 weapons felony firearm conviction. Thus, THIRKIELD would have been aware that he was convicted of a crime punishable by more than one year in prison.

11.      Between July 2024 and October 20, 2025, THIRKIELD was arrested on three additional occasions for allegations of violence against Victim.

12.      I contacted ATF Interstate Nexus Expert Special Agent Joshua McClean and provided a verbal description of the Sears and Roebuck 22 caliber rifle

recovered by Detroit Police. SA Joshua McClean explained that the firearm was manufactured outside of the state of Michigan and therefore has traveled in and affected interstate commerce.

## CONCLUSION

13.    Based upon this information, there is probable cause to believe Kenneth THIRKIELD, a convicted felon, aware of his felony convictions, did knowingly possess a Sears and Roebuck, model 3T, 22 caliber rifle, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922 (g)(1) (Felon in Possession of a Firearm).

Respectfully submitted,

Jaclyn Kocis-Maniaci, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated:    October 22, 2025

4